## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CB & SONS MANAGEMENT, INC.,

      **Plaintiff,**

**vs.**

OHIO SECURITY INSURANCE
COMPANY,

      **Defendant.**

**CIVIL ACTION NO.:**

[Removal from Gwinnett County
Superior Court, Case No. **25-A-04976-11**]

### DEFENDANT OHIO SECURITY INSURANCE COMPANY NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Ohio Security Insurance Company, a foreign company ("Defendant"), by and through counsel, hereby submits this Notice of Removal, showing the Court as follows:

### PRELIMINARY STATEMENT

1.      On May 29, 2025, Plaintiff CB & Sons Management Inc. ("Plaintiff") filed a Complaint in the Superior Court of Gwinnett County, State of Georgia, styled: *CB & Sons Management Inc. v. Ohio Security Insurance Company,* Civil Action No. 25-A-04976-11 (the "Lawsuit"). In the Lawsuit, Plaintiff, a Georgia corporation, has asserted a complaint for breach of a first-party property insurance contract against Defendant, a citizen of New Hampshire and Massachusetts, and seeks damages in

excess of $75,000, exclusive of interest and costs. Defendant removes the Lawsuit to this Court pursuant to 28 U.S.C. § 1441(a) because this Court has original jurisdiction under 28 U.S.C. § 1332(a)(1).

<u>**REMOVAL IS PROPER**</u>

**A.    Removal Procedure**

2.    Defendant first received notice of the Lawsuit on June 4, 2025, when its registered agent received service of the Lawsuit, which included the Summons and Complaint.

3.    This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is filed within 30 days of when Defendant received the Summons and Complaint for the Lawsuit.

4.    As required by 28 U.S.C. §1446(a), copies of all process, pleadings, orders, and other papers or exhibits served upon Defendant in the superior court action are attached hereto as "Exhibit 1."

5.    In compliance with 28 U.S.C. § 1446(d), Defendant will serve on Plaintiff and file with the Clerk of the Superior Court a written notice of the filing of this Notice of Removal, attaching a copy of this Notice of Removal.

**B.    Subject Matter Jurisdiction**

6.    Under 28 U.S.C. § 1441, any lawsuit over which a federal district court would have original jurisdiction, including diversity jurisdiction, may be removed

by a defendant to the district court for the district and division embracing the place where such action is pending. 28 U.S.C. §§ 1441(a), (b).

7.    This Court has subject matter jurisdiction over this action based on diversity jurisdiction. For diversity jurisdiction to exist, the amount in controversy must exceed $75,000, exclusive of interest and costs, and there must be complete diversity between the parties. 28 U.S.C. § 1332(a).

8.    Plaintiff is a Georgia corporation with its principal place of business in Georgia. (Complaint, ¶ 1). Plaintiff is thus a citizen and resident of Georgia.

9.    Defendant is a foreign insurance company formed under the laws of the State of New Hampshire with its principal place of business in the State of Massachusetts. Defendant is thus a resident and citizen of New Hampshire and Massachusetts.

10.    As Plaintiff is a citizen of Georgia and Defendant is a citizen of New Hampshire and Massachusetts, complete diversity exists.

11.    Plaintiff's Lawsuit seeks damages of $1,020,384.40 less the applicable deductible and prior payments, the sum of which satisfies the amount in controversy required for diversity jurisdiction. (Complaint, ¶ 22).

12.    Given that there is complete diversity between the parties and the amount in controversy is satisfied, diversity jurisdiction exists.

13.     In accordance with 28 U.S.C. §§ 1441 and 1446, this action may be removed to this Court, as subject matter jurisdiction exists.

14.     Additionally, under 28 U.S.C. § 1446(a), venue for this removal is proper in the Northern District of Georgia, Atlanta Division, because this is the district and division embracing the place where the state court action is pending.

WHEREFORE, Defendant prays that the Lawsuit now pending in the Superior Court of Gwinnett County, State of Georgia, be removed therefrom to this Court.

Respectfully submitted, this 2nd day of July, 2025.

**FIELDS HOWELL LLP**
665 8th NW
Atlanta, Georgia 30318
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
tkadar@fieldshowell.com
bgowen@fieldshowell.com

/s/ Brittney C. Gowen
Taryn M. Kadar
Georgia Bar. No.: 708106
Brittney C. Gowen
Georgia Bar. No.:  897398

*Counsel for Defendant Ohio Security Insurance Company*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

CB & SONS MANAGEMENT, INC.,

**Plaintiff,**

**vs.**

OHIO SECURITY INSURANCE
COMPANY,

**Defendant.**

**CIVIL ACTION NO.:**

[Removal from the Gwinnett Superior Court, Case No. **25-A-04976-11**]

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that the foregoing document has been prepared with a font and point selection (Times New Roman, 14 point) that is approved by the Court as indicated in Local Rule 5.1(C) and 7.1(D).

**FIELDS HOWELL LLP**
665 8th NW
Atlanta, Georgia 30318
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
tkadar@fieldshowell.com
bgowen@fieldshowell.com

*/s/ Brittney C. Gowen*
Taryn M. Kadar
Georgia Bar. No.: 708106
Brittney C. Gowen
Georgia Bar. No.: 897398

*Counsel for Defendant Ohio Security Insurance Company*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CB & SONS MANAGEMENT, INC.,

**Plaintiff,**

**vs.**

OHIO SECURITY INSURANCE
COMPANY**,**

**Defendant.**

**CIVIL ACTION NO.:**

[Removal from the Gwinnett Superior
Court, Case No. **25-A-04976-11**]

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing **Defendant Ohio Security Insurance Company's Notice of Removal** on all parties, via electronic transmission and via United States mail with proper postage affixed thereto as follows:

J. Remington Huggins
Michael D. Turner
**THE HUGGINS LAW FIRM, LLC**
110 Norcross Street
Roswell, GA 30075
remington@lawhuggins.com
mdturner@lawhuggins.com
770-913-6229

[SIGNATURES ON FOLLOWING PAGE]

This 2nd day of July, 2025.

**FIELDS HOWELL LLP**
665 8th NW
Atlanta, Georgia 30318
404.214.1250 (Telephone)
404.214.1251 (Facsimile)
tkadar@fieldshowell.com
bgowen@fieldshowell.com

<u>/s/  Brittney C. Gowen</u>
Taryn M. Kadar
Georgia Bar. No.: 708106
Brittney C. Gowen
Georgia Bar. No.: 897398

*Counsel for Defendant Ohio Security Insurance Company*